IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ADAM TIMOTHY HAYS,

    Plaintiff,

v.

CHIPPEWA COUNTY, et al.

    Defendants.

ORDER

Case No. 23-cv-300-jdp

---

On May 11, 2023, I entered an order giving plaintiff Adam Timothy Hays until June 1, 2023, to submit a certified copy of plaintiff's inmate account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint in support a request to proceed without prepayment of the filing fee. Dkt. 3.

Now plaintiff has filed a letter in which he says that Chippewa County Jail staff will not provide him with a copy of his inmate account statement because he has no funds to purchase a copy. Dkt. 4. However, plaintiff did not submit any documentation to show that he attempted to obtain a copy of his six-month inmate account statement from jail staff. Accordingly, I will give plaintiff an extension of his deadline to provide an inmate account statement for the six-month period immediately preceding the filing of the complaint. If by June 12, 2023, plaintiff is unable to obtain a six-month inmate account statement, plaintiff should submit documentation that shows the efforts he has taken to obtain the statement from jail staff.

ORDER

IT IS ORDERED that:

Plaintiff Adam Timothy Hays may have an extension of time until June 12, 2023, to submit an inmate account statement for the period beginning approximately November 8, 2022 and ending approximately May 8, 2023; or submit documentation that shows the efforts he has taken to obtain the statement from jail staff.  If, by June 12, 2023, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.

Entered this 22nd day of May, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge