IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| ADAM TIMOTHY HAYS, | |
| Plaintiff, | ORDER |
| v. | Case No. 23-cv-300-jdp |
| CHIPPEWA COUNTY, WEST CENTRAL DRUG TASK FORCE, AND PROBATION OFFICE, | |
| Defendants. | |

---

| | |
|---|---|
| ADAM TIMOTHY HAYS, | |
| Plaintiff, | ORDER |
| v. | Case No. 23-cv-343-jdp |
| CHIPPEWA COUNTY, WEST CENTRAL DRUG TASK FORCE, AND PROBATION OFFICE, | |
| Defendants. | |

---

Plaintiff Adam Timothy Hays, a prisoner in the custody of the Wisconsin Department of Corrections, has submitted a proposed civil action under 42 U.S.C. § 1983 in each of the above cases. Plaintiff has filed an inmate account statement in support of the motion for leave to proceed without prepaying the fee. After considering the motion and supporting documentation, the court concludes that plaintiff qualifies for indigent status.

Even when a prisoner litigant qualifies for indigent status, the litigant must pay a portion of the fee returned by the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I conclude plaintiff's initial partial filing fee to be $7.83 for each of the above cases. For each of

these cases to proceed, plaintiff must submit $15.66 ($7.83 for each case) on or before June 27, 2023.

ORDER

IT IS ORDERED that,

1. Plaintiff Adam Timothy Hays is assessed $7.83 as an initial partial payment of the $350.00 fee in each of the above cases. Plaintiff is to submit a check or money order made payable to the clerk of court in the amount of $15.66 ($7.83 for each case) or advise the court in writing why plaintiff is not able to submit the assessed amount on or before June 27, 2023. If plaintiff does not have enough money to make the initial partial payment from plaintiff's regular account, plaintiff should arrange with authorities to pay the remainder from plaintiff's release account.

2. If, by June 27, 2023, plaintiff fails to make the initial partial payments or show cause for failure to do so, plaintiff will be held to have withdrawn these actions voluntarily and these cases will be closed without prejudice to plaintiff filing them at a later date.

3. No further action will be taken in this case until the clerk's office receives plaintiff's initial partial filing fees as directed above and the court has screened the complaint

as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 7th day of June, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge